THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

FREDERICK M. ANTHONY,

        Plaintiff,

vs.

EDWARD J. WALSH,
GARY LEV,
MICHAEL WALSH,
WILD HORSE INVESTMENT PARTNERS, LLC a Colorado limited liability company,

        Defendants.

## NOTICE OF REMOVAL

Defendants, EDWARD J. WALSH, GARY LEV, MICHAEL WALSH, and WILD HORSE INVESTMENT PARTNERS, LLC, a Colorado limited liability company, by and through their undersigned counsel, Hollie L. Wieland, of SEARS & SWANSON, P.C., file this Notice of Removal pursuant to 28 U.S.C.§1441 *et seq* and Fed.R.Civ.P. 81(c) ("Notice") and state as follows:

    1.    On February 14, 2007, Wild Horse Investment Partners, LLC, ("Wild Horse") was served with a copy of Plaintiff's Complaint and Jury Demand ("Complaint"), which was filed against Wild Horse in Case No. 07CV46 in Division 11 of the District Court, County of Teller, State of Colorado on February 9, 2007. This Notice of Removal is filed within thirty (30) days after receipt by Wild Horse of the Complaint pursuant to 28 U.S.C.§1446(b).

    2.    Removal of this case is based upon diversity of the citizenship of the parties,

1

28 U.S.C. § 1332. The district courts have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and is between citizens of different states. 28 U.S.C. § 1332(a).

3. The amount in controversy exceeds $75,000. Generally, the amount in controversy is determined by the allegations of the complaint, or, where they are not dispositive, by the allegations in the notice of removal, Martin v. Franklin Capital Corp., 251 F.3d 1284, 1290 (10th Cir. 2001). In this case, Plaintiff's Complaint does not identify the sum in controversy. See Complaint, which is attached as Exhibit A. However, in the Colorado State District Court Civil Case Cover Sheet, Plaintiff states that "[t]his party is seeking a monetary judgment for more than $100,000 against another party." Colorado State District Court Civil Case Cover Sheet ¶ 2, which is attached as Exhibit B.

4. Defendants Edward J. Walsh, Gary Lev and Michael Walsh and Plaintiff were citizens of different states when Plaintiff filed the Complaint in state court and are citizens of different states at the time of this Notice. For the purposes of diversity jurisdiction, a natural person is a citizen of a state in which he or she is domiciled. See *Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S. 826, 828 (1989) Plaintiff is a citizen of the state of Nevada and is domiciled in the state of Nevada. See Exhibit A ¶ 1.

For the purposes of diversity jurisdiction, a limited liability company is a citizen of the state in which its members are citizens. See, *Tuck v. United Servs. Auto. Ass'n*, 859 F.2d 842, 845 (10th Cir.1988) (citizenship of unincorporated association includes citizenship of each member of association), cert. denied, 489 U.S. 1080 (1989); *Jett v. Phillips & Assocs.*, 439 F.2d 987, 990 (10th Cir.1971) (same). Likewise, the Supreme Court had extended this rule to

2

partnerships. See *Cardon v. Arkoma Assoc.*, 494 U.S. 185, 197 (1990). Wild Horse is a citizen of the state of Illinois and/or Wisconsin as its members are citizens of Illinois and Wisconsin. See Affidavit of Edward J. Walsh, which is attached as Exhibit C. Defendants Edward J. Walsh, Gary Lev and Michael Walsh are citizens of the state of Illinois. See Affidavits, which are attached as Exhibits C and D, respectively. Exhibit E, Affidavit of Michael Walsh to be tendered at a later date.

5. All Defendants who have been named in this action have joined in the removal of this case to this court.

6. Venue lies in the District of Colorado because the state action filed by Plaintiff was filed in the state court for which this judicial district has jurisdiction. 28 U.S.C. §1441(a).

7. The undersigned counsel certifies that Defendants have complied with all requirements D.C.COLO.L.CIV.R. 81.1. No hearings have been set in this matter in the District Court, County of Teller, State of Colorado. Pursuant to D.C.COLO.L.CIV.R. 81.1 and 8 U.S.C.§1446(A), attached to this Notice are copies of all state court pleadings filed to date in this action: the Complaint and Jury Demand (attached to Exhibit A), State Court District Court Civil Case Cover Sheet (attached as Exhibit B), Summons (attached as Exhibit F), and Returns of Service (attached hereto as Exhibit G). An index of State Court Pleadings is being filed separately.

8. Promptly after filing this Notice, Defendants will give written notice of the filing of this Notice to all parties and will file a copy of the Notice with the Clerk of Division 11 of the District Court, County of Teller, State of Colorado pursuant to 28 U.S.C. §1446(d).

9. A Corporate Disclosure Statement is being filed separately pursuant to

D.C.Colo.L.Civ.R. 7.4 and Fed.R.Civ.P. 7.1.

WHEREFORE, Defendants, pray that the above-described action pending in Division 11 of the District Court, County of Teller, State of Colorado and bearing Case No. 07CV46 be removed to this United States District Court for the District of Colorado, that this Court proceed with the handling of this action as if it had been originally filed herein, and that further proceedings in the state court action be stayed.

Respectfully submitted this 16th day of March, 2007.

/s/ Hollie L. Wieland
Hollie L. Wieland
**SEARS & SWANSON, P.C.**
2 North Cascade Avenue, Suite 1250
Colorado Springs, CO 80903
719-471-1984
Fax 719-577-4356
hollie@searsandswanson.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

I further certify that on this 16th day of March, 2007, the following was served a copy of the foregoing via US Mail and via Facsimile, first class postage prepaid:

Phillip S. Lorenzo                     (720) 931-3201
Keith P. Ray
LATHROP & GAGE LC
370 17th Street
Suite 4650
Denver, CO 80202

/s/ Hollie L. Wieland
Hollie L. Wieland
**SEARS & SWANSON, P.C.**
2 North Cascade Avenue, Suite 1250
Colorado Springs, CO 80903
719-471-1984
Fax 719-577-4356

4