| | EFILED Document<br>CO Teller County District Court 4th JD<br>Filing Date: Feb 9 2007 3:05PM MST<br>Filing ID: 13765106<br>Review Clerk: Timothy L Warner |
|---|---|
| DISTRICT COURT, TELLER COUNTY, COLORADO<br>101 W. BENNETT AVE.<br>CRIPPLE CREEK, COLORADO 80202 | |
| **Plaintiff:** FREDERICK M. ANTHONY<br><br>v.<br><br>**Defendants:** EDWARD J. WALSH, GARY LEV, MICHAEL WALSH, and WILD HORSE INVESTMENT PARTNERS, LLC a Colorado limited liability company | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiff:<br>Phillip S. Lorenzo<br>Keith P. Ray<br>LATHROP & GAGE LC<br>370 17th Street<br>Suite 4650<br>Denver, Colorado 80202<br>Phone No.: 720-931-3200<br>Fax No.: 720-931-3201<br>Email: kray@lathropgage.com<br>Atty. Reg.#: 13771<br>          31567 | Case No.<br><br>Div:          Ctrm: |
| **DISTRICT COURT CIVIL COVER SHEET** | |

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases.

2. Check the boxes applicable to this case.

☐ Simplified Procedure under C.R.C.P. 16.1 **applies** to this case because this party does not seek a monetary judgment in excess of $100,000.00 against another party, including any attorney fees, penalties or punitive damages but excluding interest and costs and because this case is not a class action or forcible entry and detainer, Rule 106, Rule 120, or other expedited proceeding.

☒ Simplified Procedure under C.R.C.P. 16.1, **does not apply** to this case because (check one box below identifying why 16.1 does not apply):



EXHIBIT B

☐ This is a class action or forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding,   **or**

☒ This party is seeking a monetary judgment for more than $100,000.00 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs (see C.R.C.P. 16.1(c)),   **or**

☐ Another party has previously stated in its cover sheet that C.R.C.P. 16.1 does not apply to this case.

DATED: February 9, 2007.

LATHROP & GAGE LC

*Original signature on file at the offices of Lathrop & Gage LC*

By: /s/ *Keith P. Ray*
Keith P. Ray, Reg. #31567

ATTORNEY FOR PLAINTIFF
FREDERICK M. ANTHONY

DNVRDOCS 6353v1