THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _

FREDERICK M. ANTHONY,

    Plaintiff,

vs.

EDWARD J. WALSH,
GARY LEV,
MICHAEL WALSH,
WILD HORSE INVESTMENT PARTNERS, LLC a Colorado limited liability company,

    Defendants.

### AFFIDAVIT OF EDWARD J. WALSH

EDWARD J. WALSH, being first duly sworn, deposes and says of his own personal knowledge as follows:

1. My name is Edward J. Walsh and I have been identified as a Defendant in this action.

2. I am over the age of eighteen and am fully competent to testify concerning the matters contained in this Affidavit, of which I am aware based upon my own personal knowledge.

3. I am a US citizen. I reside, with the intention to remain, in the state of Illinois.

4. I am a member of Walsh Rivera Investment Partners, LLC, an Illinois limited liability company. The other members are Michael Walsh, a citizen of Illinois;

Gary Lev, a citizen of Illinois; and Joe Rivera, a citizen of New Mexico. Walsh Rivera Investment Partners, LLC and Dean Mantel, a citizen of Wisconsin, are the members of Wild Horse Investment Partners, LLC.

Dated this 15th day of March.

*Edward J. Walsh*

Edward J. Walsh

Subscribed and sworn before me this 15th day of March, 2007, by Edward J. Walsh.

My commission expires: 10/17/07

Notary Public

[SEAL]

```
OFFICIAL SEAL
JESSICA KLIEST
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/17/07
```

2

Exhibit C
Notice of Removal
Frederick v Walsh et al