THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

FREDERICK M. ANTHONY,

   Plaintiff,

vs.

EDWARD J. WALSH,
GARY LEV,
MICHAEL WALSH,
WILD HORSE INVESTMENT PARTNERS, LLC a Colorado limited liability company,

   Defendants.

## AFFIDAVIT OF GARY LEV

  GARY LEV, being first duly sworn, deposes and says of his own personal knowledge as follows:

1. My name is Gary Lev and I have been identified as a Defendant in this action.

2. I am over the age of eighteen and am fully competent to testify concerning the matters contained in this Affidavit, of which I am aware based upon my own personal knowledge.

3. I am a US citizen. I reside, with the intention to remain, in the state of Illinois.

Dated this 15th day of March.

_____
Gary Lev

Exhibit D
Notice of Removal
Frederick v. Walsh et al

Subscribed and sworn before me this 15th day of March, 2007, by Gary Lev.

My commission expires: 6/14.07

*[signature]*
Notary Public

[SEAL] OFFICIAL SEAL
REBECCA M. CHRISTIE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-14-2007

Exhibit D
Notice of Removal
Frederick v. Walsh et al

2