02/12/2007 10:49 FAX 8167614004                                    ☒010

| | |
|---|---|
| DISTRICT COURT, TELLER COUNTY, COLORADO<br>101 W. BENNETT AVE.<br>CRIPPLE CREEK, COLORADO 80202 | |
| Plaintiff: FREDERICK M. ANTHONY<br><br>v.<br><br>Defendants: EDWARD J. WALSH, GARY LEV, MICHAEL WALSH, and WILD HORSE INVESTMENT PARTNERS, LLC a Colorado limited liability company | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiff:<br>Phillip S. Lorenzo<br>Keith P. Ray<br>LATHROP & GAGE LC<br>370 17th Street<br>Suite 4650<br>Denver, Colorado 80202<br>Phone No.: 720-931-3200<br>Fax No.: 720-931-3201<br>Email: kray@lathropgage.com<br>Atty. Reg.#: 19771<br>          31567 | Case No.<br><br>Div:          Ctrm: |
| **SUMMONS** | |

### THE PEOPLE OF THE STATE OF COLORADO
### TO THE DEFENDANT NAMED ABOVE:     EDWARD J. WALSH

You are hereby summoned and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the summons and complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 20 days after such service upon you. If service of the summons and complaint was made upon you outside the State of Colorado, you are required to file you answer or other response within 30 days after such service upon you.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, judgment by default may be entered against you by the Court for the relief demanded in the Complaint without further notice.

C.R.C.P. FORM 1   R7/02   SUMMONS


EXHIBIT F

The following documents are also served herewith: (1) Complaint; and (2) District Court Civil Case Cover Sheet.

DATED: February 9, 2007.

LATHROP & GAGE LC

*Original signature on file at the offices of Lathrop & Gage LC*

By: /s/ Keith P. Ray
Keith P. Ray, Reg. #31567

ATTORNEY FOR PLAINTIFF
FREDERICK M. ANTHONY

This summons is issued pursuant to Rule 4, C.R.C.P., as amended.

DNVRDOCS 6354v1
C.R.C.P. FORM 1   R7/02   SUMMONS

| | |
|---|---|
| DISTRICT COURT, TELLER COUNTY, COLORADO<br>101 W. BENNETT AVE.<br>CRIPPLE CREEK, COLORADO 80202 | |
| Plaintiff: FREDERICK M. ANTHONY<br><br>v.<br><br>Defendants: EDWARD J. WALSH, GARY LEV, MICHAEL WALSH, and WILD HORSE INVESTMENT PARTNERS, LLC a Colorado limited liability company | EFILED Document<br>CO Teller County District Court 4th JD<br>Filing Date: Feb 9 2007 3:05PM MST<br>Filing ID: 13765106<br>Review Clerk: Timothy L Warner<br><br>▲COURT USE ONLY▲ |
| Attorneys for Plaintiff:<br>Phillip S. Lorenzo<br>Keith P. Ray<br>LATHROP & GAGE LC<br>370 17th Street<br>Suite 4650<br>Denver, Colorado 80202<br>Phone No.: 720-931-3200<br>Fax No.: 720-931-3201<br>Email: kray@lathropgage.com<br>Atty. Reg.#: 13771<br>          31567 | Case No.<br><br>Div:          Ctrm: |
| **SUMMONS** | |

**THE PEOPLE OF THE STATE OF COLORADO**
**TO THE DEFENDANT NAMED ABOVE:     GARY LEV**

You are hereby summoned and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the summons and complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 20 days after such service upon you. If service of the summons and complaint was made upon you outside the State of Colorado, you are required to file you answer or other response within 30 days after such service upon you.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, judgment by default may be entered against you by the Court for the relief demanded in the Complaint without further notice.

      The following documents are also served herewith: (1) Complaint; and (2) District Court Civil Case Cover Sheet.

      DATED: February 9, 2007.

                                                LATHROP & GAGE LC

                                                *Original signature on file at the offices of Lathrop & Gage LC*

                                                By: /s/ *Keith P. Ray*
                                                Keith P. Ray, Reg. #31567

                                                ATTORNEY FOR PLAINTIFF
                                                FREDERICK M. ANTHONY

This summons is issued pursuant to Rule 4, C.R.C.P., as amended.

| | |
|---|---|
| DISTRICT COURT, TELLER COUNTY, COLORADO<br>101 W. BENNETT AVE.<br>CRIPPLE CREEK, COLORADO 80202 | |
| **Plaintiff:** FREDERICK M. ANTHONY<br><br>v.<br><br>**Defendants:** EDWARD J. WALSH, GARY LEV, MICHAEL WALSH, and WILD HORSE INVESTMENT PARTNERS, LLC a Colorado limited liability company | EFILED Document<br>CO Teller County District Court 4th JD<br>Filing Date: Feb 9 2007 3:05PM MST<br>Filing ID: 13765106<br>Review Clerk: Timothy L Warner<br><br>▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiff:<br>Phillip S. Lorenzo<br>Keith P. Ray<br>LATHROP & GAGE LC<br>370 17th Street<br>Suite 4650<br>Denver, Colorado 80202<br>Phone No.: 720-931-3200<br>Fax No.:    720-931-3201<br>Email:      kray@lathropgage.com<br>Atty. Reg.#: 13771<br>          31567 | Case No.<br><br>Div:          Ctrm: |
| **SUMMONS** | |

**THE PEOPLE OF THE STATE OF COLORADO**
**TO THE DEFENDANT NAMED ABOVE:   MICHAEL WALSH**

You are hereby summoned and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the summons and complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 20 days after such service upon you. If service of the summons and complaint was made upon you outside the State of Colorado, you are required to file you answer or other response within 30 days after such service upon you.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, judgment by default may be entered against you by the Court for the relief demanded in the Complaint without further notice.

The following documents are also served herewith: (1) Complaint; and (2) District Court Civil Case Cover Sheet.

DATED: February 9, 2007.

                                      LATHROP & GAGE LC

                                      *Original signature on file at the offices of Lathrop & Gage LC*

                                      By: */s/ Keith P. Ray*
                                      Keith P. Ray, Reg. #31567

                                      ATTORNEY FOR PLAINTIFF
                                      FREDERICK M. ANTHONY

This summons is issued pursuant to Rule 4, C.R.C.P., as amended.

| | |
|---|---|
| DISTRICT COURT, TELLER COUNTY, COLORADO<br>101 W. BENNETT AVE.<br>CRIPPLE CREEK, COLORADO 80202 | |
| | EFILED Document<br>CO Teller County District Court 4th JD<br>Filing Date: Feb 9 2007 3:05PM MST<br>Filing ID: 13765106<br>Review Clerk: Timothy L Warner |
| **Plaintiff:** FREDERICK M. ANTHONY<br><br>v.<br><br>**Defendants:** EDWARD J. WALSH, GARY LEV, MICHAEL WALSH, and WILD HORSE INVESTMENT PARTNERS, LLC a Colorado limited liability company | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiff:<br>Phillip S. Lorenzo<br>Keith P. Ray<br>LATHROP & GAGE LC<br>370 17th Street<br>Suite 4650<br>Denver, Colorado 80202<br>Phone No.: 720-931-3200<br>Fax No.: 720-931-3201<br>Email: kray@lathropgage.com<br>Atty. Reg.#: 13771<br>          31567 | Case No.<br><br>Div:      Ctrm: |
| **SUMMONS** | |

### THE PEOPLE OF THE STATE OF COLORADO
### TO THE DEFENDANT NAMED ABOVE:     WILD HORSE INVESTMENT PARTNERS, LLC

You are hereby summoned and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the summons and complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 20 days after such service upon you. If service of the summons and complaint was made upon you outside the State of Colorado, you are required to file you answer or other response within 30 days after such service upon you.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, judgment by default may be entered against you by the Court for the relief demanded in the Complaint without further notice.

   The following documents are also served herewith: (1) Complaint; and (2) District Court Civil Case Cover Sheet.

   DATED: February 9, 2007.

                   LATHROP & GAGE LC

                   *Original signature on file at the offices of Lathrop & Gage LC*

                   By: */s/ Keith P. Ray*
                   Keith P. Ray, Reg. #31567

                   ATTORNEY FOR PLAINTIFF
                   FREDERICK M. ANTHONY

This summons is issued pursuant to Rule 4, C.R.C.P., as amended.