IN THE DISTRICT COURT OF TELLER COUNTY COLORADO

FREDERICK M. ANTHONY

PLAINTIFF(S)

vs.

EDWARD J. WALSH, ET AL

DEFENDANT(S)

COURT DATE:

Case No.   2007CV46

EFILED Document
CO Teller County District Court 4th JD
Filing Date: Feb 15 2007 9:32AM MST
Filing ID: 13817256
Review Clerk: Nancy Ashley

AFFIDAVIT OF SERVICE OF:
CIVIL COVER SHEET, SUMMONS, COMPLAINT AND JURY DEMAND

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On Feb 14, 2007, at 12:50 PM, I served the above described documents upon EDWARD J. WALSH as shown below:

Affiant states that SUBSTITUTE SERVICE was effected by leaving a true and correct copy of the documents with CHRIS GOUDEY / SECRETARY, an employee/managing agent at the recipient's place of business who accepted service on behalf of EDWARD J. WALSH.

Said service was effected at 601 W. LIBERTY DR, WHEATON, IL 60187.

DESCRIPTION: Gender: F   Race: WHITE   Age: 48   Hgt 5'4"   Wgt 130   Hair BLONDE   Glasses: NO

I declare under penalties of perjury that the information contained herein is true and correct to the best of my knowledge.

Robert D Fairbanks, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 301
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 14th day of February, 2007

Joan C. Harenberg
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

CLIENT NAME:
Lathrop & Gage (CO)*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
29378

EXHIBIT
G

AFFIDAVIT OF SPECIAL PROCESS SERVER

IN THE CIRCUIT COURT OF TELLER COUNTY, COLORADO

EFILED Document
CO Teller County District Court 4th JD
Filing Date: Mar 8 2007 11:27AM MST
Filing ID: 14057727
Review Clerk: Timothy L Warner

FREDERICK M ANTHONY

VS                                                                          CASE NO. 2007Cv46

EDWARD J WALSH

T P ZIEMANN                Being first duly sworn on oath deposes and says that he is a Registered Employee of a Licensed Private Detective Agency #117-000852.

That he served the within    CIVIL COVER SHEET
                             SUMMONS
                             COMPLAINT
                             JURY DEMAND

By leaving a copy with the within named Defendant GARY LEV personally on 03/04/2007.

***************************************************************

The Sex, Race and Approximate Age of the person with whom he left the documents were as follows:

Sex:        MALE                    Height: 6'0"

Race:       WHITE                   Weight: 175

Age:        40

The place and time of day where the documents were served was as follows:

Place:      951 FOREST AVENUE
            GLENCOE, IL 60022

Date:       03/04/2007

Time:       10:30AM

***************************************************************
I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON 03/04/2007

_____
Process Server

IN THE DISTRICT COURT OF TELLER COUNTY COLORADO

FREDERICK M. ANTHONY

PLAINTIFF(S)

vs.

EDWARD J. WALSH, ET AL

DEFENDANT(S)

COURT DATE:

Case No. 2007CV46

EFILED Document
CO Teller County District Court 4th JD
Filing Date: Mar 1 2007 12:02PM MST
Filing ID: 13974022
Review Clerk: Timothy L Warner

AFFIDAVIT OF SERVICE OF:
CIVIL COVER SHEET, SUMMONS, COMPLAINT AND JURY DEMAND

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Feb 23, 2007**, at **3:02 PM**, I served the above described documents upon **MICHAEL WALSH** as shown below:

Affiant states that **SUBSTITUTE SERVICE** was effected by leaving a true and correct copy of the documents with **TOM MUELLER / CHEIF OPERATING OFFICER**, an employee/managing agent at the recipient's place of business who accepted service on behalf of **MICHAEL WALSH**.

Said service was effected at **20 N WACKER DR., STE 2600, CHICAGO, IL 60606**.

DESCRIPTION: Gender: **M**   Race: **WHITE**   Age: **53**   Hgt: **5'9"**   Wgt: **160**   Hair: **BROWN**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct to the best of my knowledge.

*Karl D. Brown* (signature)

Karl D. Brown, Lic #: 117-001119
Judicial Attorney Services, Inc.
27 N Wacker Dr., Ste 431
Chicago, IL 60606
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 26th day of February, 2007

*Joan C. Harenberg* (signature)
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

CLIENT NAME:
Lathrop & Gage (CO)*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
29564

## RETURN OF SERVICE

Case No. 2007CV46

STATE OF COLORADO )
) ss.
City & County of Denver )

EFILED Document
CO Teller County District Court 4th JD
Filing Date: Feb 15 2007 2:31PM MST
Filing ID: 13826254
Review Clerk: Nancy Ashley

I, Matthew M. VanderKaay, the affiant, being duly sworn, say: that I am over the age of eighteen years and am not a party to the within action; and that I have served WILD HORSE INVESTMENT PARTNERS, LLC, a true and correct copy of the within Summons, together with Complaint and Jury Demand, and District Court Civil Case Cover Sheet, by handing and delivering to DAN DENHAM personally, as Designee to National Registered Agents, Inc., as Registered Agent to WILD HORSE INVESTMENT PARTNERS, LLC, at 1535 Grant Street, Unit 140, City of Denver, County of Denver, State of Colorado, on February 14, 2007 at 11:38 a.m. DAN DENHAM being over the age of eighteen years.

Matthew M. VanderKaay
Private Process Server

Subscribed and sworn before me on February 15, 2007.
My commission expires on 06-26-10.

Carmelita Benavidez
Notary Public
438 Bannock Street
Denver, CO 80204