# INDEX OF STATE COURT DOCUMENTS
## for
## NOTICE OF REMOVAL

District Court, Teller County, Colorado
Case No. 2007 CV 46

Frederick M. Anthony, Plaintiff,
v.
Edward J. Walsh, et al, Defendants

Exhibit A - Complaint and Jury Demand

Exhibit B - District Court Civil (CV) Case Cover Sheet

Exhibit C - Affidavit of Edward J. Walsh

Exhibit D - Affidavit of Gary Lev

Exhibit E - Affidavit of Michael Walsh (to be tendered at a later date)

Exhibit F - Summons

Exhibit G - Returns of Service