**07 - CV - 00540**

```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX000065
Cashier ID: sgleeson
Transaction Date: 03/16/2007
Payer Name: SEARS AND SWANSON
----------------------------------------
CIVIL FILING FEE
 For: SEARS AND SWANSON
 Amount:        $350.00
----------------------------------------
CREDIT CARD
 Amt Tendered:  $350.00
----------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

07-CV-00540


A fee of $45.00 will be assessed on
any returned check.
```