THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00540-RPM-CBS

FREDERICK M. ANTHONY,

        Plaintiff,

vs.

EDWARD J. WALSH,
GARY LEV,
MICHAEL WALSH,
WILD HORSE INVESTMENT PARTNERS, LLC a Colorado limited liability company,

        Defendants.

---

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

---

Defendants, EDWARD J. WALSH, GARY LEV, MICHAEL WALSH, and WILD HORSE INVESTMENT PARTNERS, LLC, a Colorado limited liability company, by and through their undersigned counsel, Hollie L. Wieland, of SEARS & SWANSON, P.C. pursuant to D.C.COLO.LCivR 7.4 and Fed.R.Civ.P. 7.1, submit this Corporate Disclosure Statement.

Members of Wild Horse Investment Partners, LLC are Walsh Rivera Investment Partners, LLC, an Illinois limited liability company; and Dean Mantel, a citizen of Wisconsin.

Members of Walsh Rivera Investment Partners, LLC are Edward J. Walsh, a citizen of Illinois; Michael Walsh, a citizen of Illinois; Gary Lev, a citizen of Illinois; and Joe Rivera, a citizen of New Mexico.

Respectfully submitted this 19th day of March, 2007.

/s/ Hollie L. Wieland
Hollie L. Wieland
**SEARS & SWANSON, P.C.**
2 North Cascade Avenue, Suite 1250
Colorado Springs, CO 80903
719-471-1984
Fax 719-577-4356
hollie@searsandswanson.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following via e-mail:

Phillip S. Lorenzo
Keith P. Ray
LATHROP & GAGE LC
370 17th Street
Suite 4650
Denver, CO 80202

/s/ Hollie L. Wieland
Hollie L. Wieland
**SEARS & SWANSON, P.C.**
2 North Cascade Avenue, Suite 1250
Colorado Springs, CO 80903
719-471-1984
Fax 719-577-4356
hollie@searsandswanson.com