THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00540-RPM-CBS

FREDERICK M. ANTHONY,

        Plaintiff,

vs.

EDWARD J. WALSH,
GARY LEV,
MICHAEL WALSH,
WILD HORSE INVESTMENT PARTNERS, LLC a Colorado limited liability company,

        Defendants.

---

**SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF NOTICE OF REMOVAL**

---

Defendants, EDWARD J. WALSH, GARY LEV, MICHAEL WALSH, and WILD HORSE INVESTMENT PARTNERS, LLC, a Colorado limited liability company, by and through their undersigned counsel, Hollie L. Wieland, of SEARS & SWANSON, P.C., hereby submit this Supplemental Affidavit In Support of Notice of Removal as follows:

1.      Affidavit of Michael Walsh, marked as Exhibit E to the Notice of Removal.

Respectfully submitted this 19th day of March, 2007.

                                      */s/ Hollie L. Wieland*
                                      Hollie L. Wieland
                                      **SEARS & SWANSON, P.C.**
                                      2 North Cascade Avenue, Suite 1250
                                      Colorado Springs, CO 80903
                                      719-471-1984
                                      Fax 719-577-4356
                                      hollie@searsandswanson.com
                                      Attorney for Defendants

## CERTIFICATE OF SERVICE

   I hereby certify that on this 19th day of March, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following via e-mail:

Phillip S. Lorenzo
Keith P. Ray
LATHROP & GAGE LC
370 17th Street
Suite 4650
Denver, CO 80202

                */s/ Hollie L. Wieland*
                Hollie L. Wieland
                **SEARS & SWANSON, P.C.**
                2 North Cascade Avenue, Suite 1250
                Colorado Springs, CO 80903
                719-471-1984
                Fax 719-577-4356

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

FREDERICK M. ANTHONY,

    Plaintiff,

vs.

EDWARD J. WALSH,
GARY LEV,
MICHAEL WALSH,
WILD HORSE INVESTMENT PARTNERS, LLC a Colorado limited liability company,

    Defendants.

## AFFIDAVIT OF MICHAEL WALSH

MICHAEL WALSH, being first duly sworn, deposes and says of his own personal knowledge as follows:

1. My name is Michael Walsh and I have been identified as a Defendant in this action.

2. I am over the age of eighteen and am fully competent to testify concerning the matters contained in this Affidavit, of which I am aware based upon my own personal knowledge.

3. I am a US citizen. I reside, with the intention to remain, in the state of Illinois.

Dated this 15th day of March.

_____
Michael Walsh

Exhibit E
Notice of Removal
Frederick v. Walsh et al

1

Subscribed and sworn before me this 15th day of March, 2007, by Michael Walsh.

My commission expires: 7/20/07

Notary Public

[SEAL]

OFFICIAL SEAL
JOSEPH J SPADONI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 07-20-07

2

Exhibit E
Notice of Removal
Frederick v. Walsh et al