THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     07-cv-00540-RPM-CBS

FREDERICK M. ANTHONY,

            Plaintiff,

vs.

EDWARD J. WALSH,
GARY LEV,
MICHAEL WALSH,
WILD HORSE INVESTMENT PARTNERS, LLC a Colorado limited liability company,

            Defendants.

---

## UNOPPOSED MOTION TO VACATE AND RESCHEDULE MAY 2, 2007 SCHEDULING CONFERENCE

---

Defendants, EDWARD J. WALSH, GARY LEV, MICHAEL WALSH, and WILD

HORSE INVESTMENT PARTNERS, LLC, a Colorado limited liability company, by and

through their undersigned counsel, Hollie L. Wieland, of SEARS & SWANSON, P.C., and for

their motion state as follows:

    1.    The above captioned matter has been set for Scheduling Conference to occur on

May 2, 2007, at 10:30 a.m.

    2.    Undersigned counsel has informed counsel for the Plaintiff that she is unable to

attend the Scheduling Conference on May 2, 2007, as she will be out of state attending a

Continuing Education Course which was scheduled many months ago.

1

3.     The undersigned's staff has spoken with Judge Matsch's clerk to obtain dates to reset the Scheduling Conference.

4.     Counsel has conferred and agreed on **May 17, 2007 at 11:00 a.m.** for the Scheduling Conference.

5.     Pursuant to D.C.COLO.L.Civ.R. 7.1, the undersigned has conferred with opposing counsel who has no objection to the request for relief contained herein.

WHEREFORE, Defendants request that this motion be granted and the Scheduling Conference set for May 2, 2007, be vacated and reset for **May 17, 2007 at 11:00 a.m.**

Respectfully submitted this 3rd day of April, 2007.

*/s/ Hollie L. Wieland*
Hollie L. Wieland
**SEARS & SWANSON, P.C.**
2 North Cascade Avenue, Suite 1250
Colorado Springs, CO 80903
719-471-1984
Fax 719-577-4356
hollie@searsandswanson.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following via e-mail:

Phillip S. Lorenzo
Keith P. Ray
LATHROP & GAGE LC
370 17th Street
Suite 4650
Denver, CO 80202

/s/ Hollie L. Wieland
Hollie L. Wieland
**SEARS & SWANSON, P.C.**
2 North Cascade Avenue, Suite 1250
Colorado Springs, CO 80903
719-471-1984
Fax 719-577-4356

3