THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     07-cv-00540-RPM-CBS

FREDERICK M. ANTHONY,

              Plaintiff,

vs.

EDWARD J. WALSH,
GARY LEV,
MICHAEL WALSH,
WILD HORSE INVESTMENT PARTNERS, LLC a Colorado limited liability company,

              Defendants.

## ORDER REGARDING UNOPPOSED MOTION TO VACATE AND RESCHEDULE MAY 2, 2007 SCHEDULING CONFERENCE

This matter is before the Court on **Defendants' Unopposed Motion to Vacate and Reschedule May 2, 2007 Scheduling Conference**

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference currently set for May 2, 2007, has been vacated and RESET for May 17, 2007, at 11:00 a.m.

Dated this ____ day of April, 2007.

              BY THE COURT:

              United States District Court
              Judge Richard P. Matsch