IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00540-RPM

FREDERICK M. ANTHONY,

        Plaintiff,

vs.

EDWARD J. WALSH,
GARY LEV,
MICHAEL WALSH,
WILD HORSE INVESTMENT PARTNERS, LLC
a Colorado limited liability company,

        Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

      The unopposed Motion to Vacate and Reschedule May 2, 2007, Scheduling Conference (Doc. #10) is granted and the conference is rescheduled for **May 17, 2007, at 11:00 a.m.**  The proposed scheduling order must be submitted by May 10, 2007.

Dated: April 3, 2007