THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     07-cv-00540-RPM-CBS

FREDERICK M. ANTHONY,

             Plaintiff,

vs.

EDWARD J. WALSH,
GARY LEV,
MICHAEL WALSH,
WILD HORSE INVESTMENT PARTNERS, LLC a Colorado limited liability company,

             Defendants.

---

## UNOPPOSED MOTION FOR LEAVE TO FILE
## DEFENDANTS' FIRST AMENDED ANSWER

---

COME NOW, the Defendants, EDWARD J. WALSH, GARY LEV, MICHAEL

WALSH, and WILD HORSE INVESTMENT PARTNERS, LLC, a Colorado limited liability

company, by and through their undersigned counsel, Hollie L. Wieland, of SEARS &

SWANSON, P.C., and in support of their motion states as follows:

1.      Defendants seek leave to amend their answer to assert a separate defense of statute

        of frauds, pursuant to C.R.S. §38-10-112.   Tendered herewith is Defendants' First

        Amended Answer.  (Exhibit A)

2.      Defendants also seek leave to correct typographical errors in Defendants'

        "Separate Defenses" section of their original Answer.

3.      Pursuant to D.C.Colo.L.Civ.R. 7.1 the undersigned has conferred with opposing

WHEREFORE, Defendants respectfully request that this court grant them leave to file their First Amended Answer tendered herewith as Exhibit A.

Respectfully submitted this 15th day of May, 2007.

*s/ Hollie L. Wieland*
Hollie L. Wieland
**SEARS & SWANSON, P.C.**
2 North Cascade Avenue, Suite 1250
Colorado Springs, CO 80903
719-471-1984
Fax 719-577-4356
hollie@searsandswanson.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following via e-mail:

Phillip S. Lorenzo
Keith P. Ray
LATHROP & GAGE LC
370 17th Street
Suite 4650
Denver, CO 80202

*s/ Hollie L. Wieland*
Hollie L. Wieland
**SEARS & SWANSON, P.C.**
2 North Cascade Avenue, Suite 1250
Colorado Springs, CO 80903
719-471-1984
Fax 719-577-4356