THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.        07-cv-00540-RPM-CBS

FREDERICK M. ANTHONY,

            Plaintiff,

vs.

EDWARD J. WALSH,
GARY LEV,
MICHAEL WALSH,
WILD HORSE INVESTMENT PARTNERS, LLC a Colorado limited liability company,

            Defendants.

---

## ORDER REGARDING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE DEFENDANTS' FIRST AMENDED ANSWER

---

Having reviewed Defendants' Unopposed Motion for Leave to File Defendants' First

Amend Answer,  and being advised in the premises, the Court

IT IS HEREBY ORDERED that the Unopposed Motion for Leave to File Defendants'

First  Amend Answer [filed May 15, 2007] is GRANTED as follows:

The Defendants' First Amended Answer attached to Defendants' Unopposed Motion for

Leave shall be date-stamped and filed with the Court this date.

DATED:        _____, 2007.

BY THE COURT:

_____
Richard P. Matsch
United States District Judge