THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.      07-cv-00540-RPM-CBS

FREDERICK M. ANTHONY,

        Plaintiff,

vs.

EDWARD J. WALSH,
GARY LEV,
MICHAEL WALSH,
WILD HORSE INVESTMENT PARTNERS, LLC a Colorado limited liability company,

        Defendants.

## ORDER REGARDING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE DEFENDANTS' AMENDED ANSWER

Having reviewed Defendants' Unopposed Motion to Amend Defendants' Answer, and being advised in the premises, the Court

IT IS HEREBY ORDERED that the Unopposed Motion for Leave to Amend Defendants' Answer [filed May 15, 2007] is GRANTED as follows:

The attached Defendants' First Amended Answer shall be date-stamped and filed with the Court this date.

DATED:      May 15th, 2007.

        BY THE COURT:

        s/Richard P. Matsch

        Richard P. Matsch
        United States District Judge