**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  May 17, 2007
Courtroom Deputy:      J. Chris Smith
ECR Technician:        Kathy Terasaki

_____

Civil No. 07-cv-00540-RPM

FREDERICK M. ANTHONY,                                   Keith Ray

      Plaintiff,

v.

EDWARD J. WALSH,                                        Hollie Wieland
GARY LEV,
MICHAEL WALSH,
WILD HORSE INVESTMENT PARTNERS, LLC,
a Colorado limited liability company,

      Defendants.
_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**10:53 a.m.     Court in session.**

Court reviews proposed scheduling order and counsel answer questions.

Ms. Wieland states the contract / letter agreement was not signed because there was never a meeting of the minds, the contract does not describe duty responsibilities and no further agreements were prepared after hiring.

Mr. Ray agrees that the letter agreement was not signed by either parties, plaintiff drafted the agreement, and is seeking performance of the agreement as a binding document.

Counsel agree Colorado law is applicable.

Court states an order of reference to magistrate judge to conduct settlement proceedings will be entered upon the filing of a joint motion.

**ORDERED:   Scheduling Order approved.**

**11:07 a.m.     Court in recess.**     Hearing concluded.  Total time: 14 min.