IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00540-RPM-CBS

FREDERICK M. ANTHONY,

        Plaintiff,

v.

EDWARD J. WALSH; GARY LEV; MICHAEL WALSH; WILD HORSE INVESTMENT PARTNERS, LLC, a Colorado limited liability company,

        Defendants.

---

**UNOPPOSED MOTION FOR SETTLEMENT CONFERENCE**

---

Pursuant to the discussion at the May 17, 2007 Scheduling/Planning Conference, Plaintiff Frederick M. Anthony requests that this matter be referred to Magistrate Schaeffer for the purpose of setting a settlement conference. The parties would like to participate in a settlement conference in an effort to avoid the time and expense of discovery.

CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LR 7.1

Counsel for Plaintiff discussed this motion with defense counsel, who does not oppose the relief requested herein.

It is understood and agreed by all parties that only one of the defendants, who will have settlement authority for all defendants, will travel to Denver for the settlement conference.

WHEREFORE, Plaintiff respectfully requests that the Court grant this unopposed motion and refer this matter to the Magistrate in order to set a settlement conference.

Respectfully submitted this 28th day of June, 2007.

                        LATHROP & GAGE LC

                        */s/ Keith P. Ray*
                        Phillip S. Lorenzo, # 13771
                        Keith P. Ray, #31567
                        LATHROP & GAGE L.C.
                        Republic Plaza
                        370 17th Street, Suite 4650
                        Denver, Colorado 80202
                        Tel: (720) 931-3200
                        Fax: (720) 931-3201
                        email: *plorenzo@lathropgage.com*
                                    *kray@lathropgage.com*

                        ATTORNEYS FOR PLAINTIFF
                        FREDERICK M. ANTHONY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16, 2007, I electronically filed the foregoing **UNOPPOSED MOTION FOR SETTLEMENT CONFERENCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Hollie L. Wieland
Sears & Swanson, PC
2 North Cascade Avenue, Suite 1250
Colorado Springs, Colorado 80903
*hollie@searsandswanson.com*

DNVRDOCS 7683v1