IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00540-RPM-CBS

FREDERICK M. ANTHONY,

        Plaintiff,

v.

EDWARD J. WALSH;
GARY LEV;
MICHAEL WALSH; and
WILD HORSE INVESTMENT PARTNERS, LLC, a Colorado limited liability company,

        Defendants.
_____

### ORDER OF REFERENCE FOR SETTLEMENT CONFERENCE
_____

        Pursuant to the Unopposed Motion for Settlement Conference (Doc. #18), filed on August 16, 2007, it is

        ORDERED that this civil action is referred to United States Magistrate Judge Craig B. Shaffer for the purpose of convening a settlement conference and such other procedures as the Magistrate Judge may deem appropriate for facilitating settlement of this case.

        DATED: August 17, 2007

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge