# MINUTE ENTRY FOR SETTLEMENT CONFERENCE

TO:              Docketing

DATE:         September 27, 2007

FROM:        Craig B. Shaffer
                     U.S. Magistrate Judge


SUBJECT:   Case No. 07-cv-00540-RPM-CBS

Case Name: *Anthony v. Walsh, et al.*

__X__   A Settlement Conference was held on this date and no settlement was reached as to the claims brought in this action.

_____   A Settlement Conference was held on this date and a settlement was reached as to the claims in this action. The parties are to file a stipulated motion to dismiss with prejudice with Judge _____ or before _____, 2007

Settlement Conference and preparation time involved  3  hours  30  minutes.

Settlement Conference concluded:  (Yes)   No   (Circle One)

Record Made:  Yes   (No)   (Circle One)

CC:     Judge Matsch