IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00540-RPM-CBS

FREDERICK M. ANTHONY,

                          Plaintiff,

v.

EDWARD J. WALSH; GARY LEV; MICHAEL WALSH; WILD HORSE INVESTMENT PARTNERS, LLC, a Colorado limited liability company,

                          Defendants.

**STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO DISCOVERY REQUESTS**

      Plaintiff Frederick M. Anthony ("Anthony") and Defendants Edward J. Walsh, Gary Lev, Michael Walsh, and Wild Horse Investment Partners, LLC ("Defendants"), by and through their counsel, hereby submit this stipulation pursuant to D.C.COLO.LCivR 6.1(A) as follows:

      1.      Defendants served Anthony with their First Set of Interrogatories and Request for Production of Documents ("Requests") on September 27, 2007.

      2.      Anthony's responses to the Requests are due on October 29, 2007.

      3.      Due to an unexpected surgery for the wife of Anthony's undersigned counsel, the parties have agreed to a one-week extension of time for Anthony to provide his responses to the Requests.

      4.      Therefore, the parties hereby stipulate that Anthony's responses to the Requests shall be due on or before November 5, 2007.

**STIPULATED AND AGREED:**

LATHROP & GAGE LC                          SEARS & SWANSON PC


*s/ Keith P. Ray*                                   *s/ Hollie L. Wieland*
Phillip S. Lorenzo, #13771                  Hollie L. Wieland, #22024
Keith P. Ray, #31567                        2 North Cascade Avenue, #1250
370 17th Street, #4650                      Colorado Springs, Colorado 80903
Denver, Colorado 80202                      *hollie@searsandswanson.com*
*plorenzo@lathropgage.com*                  719-471-1984
*kray@lathropgage.com*                      719-577-4356 Fax
720-931-3200
720-931-3201 Fax                            COUNSEL FOR DEFENDANTS

COUNSEL FOR PLAINTIFF


DNVRDOCS 8917v1