THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00540-RPM-CBS

FREDERICK M. ANTHONY,

    Plaintiff,

v.

EDWARD J. WALSH; GARY LEV; MICHAEL WALSH;
WILD HORSE INVESTMENT PARTNERS, LLC, a Colorado limited liability company,

    Defendants.

## PLAINTIFF FREDERICK ANTHONY'S RESPONSES TO FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff Frederick M. Anthony submits his responses to the First Set of Interrogatories and Request for Production of Documents as follows:

### PATTERN INTERROGATORIES

**Interrogatory No. 1:** State the name, ADDRESS, telephone number, and relationship to you of each PERSON who prepared or assisted in the preparation of the responses to these interrogatories. (Do not identify anyone who simply typed or reproduced the responses.)

**RESPONSE:**

Fred Anthony, 9692 Camino Capistrano Lane, Las Vegas, Nevada 89147 (702) 497-4183.



RESPONSE:

No.

Interrogatory No. 11: Identify every promise made by Defendants, as referenced in Paragraph No. 28 of your Complaint, include the substance of the promise, who made the promise, the identity of any witnesses, and the date or approximate date the promise was made.

RESPONSE:

Defendants promised Mr. Anthony employment as the general manager of the Wild Horse Casino for four years. The remainder of the specific promises are reflected by the terms set forth in the document entitled Letter of Intent and Employee Agreement (FA000016-17). Michael Walsh and Gary Lev were negotiating with Mr. Anthony to hire him as the general manager of the casino on behalf of the defendants. The promises set forth in the Letter of Intent and Employee Agreement were made by Michael Walsh and Gary Lev during the course of multiple phone conversations amongst Mr. Anthony, Michael Walsh, and Gary Lev from approximately September 15, 2004 through approximately September 28, 2004.

Interrogatory No. 12: Identify ever (sic) action taken by Plaintiff, as referenced in Paragraph No. 29 of your Complaint, include a description of the action taken, and the date or the approximate date the action was taken.

RESPONSE:

As a result of the promises made by Michael Walsh and Gary Lev to Mr. Anthony during their multiple telephone conversations, Mr. Anthony turned down an offer for equal pay (with salary and bonuses) to go to work for Reliability Management Group during that same time frame in September of 2004. Additionally, Mr. Anthony left his own consulting practice based in Las Vegas, Nevada and moved to Colorado to begin working as the general manager of the Wild Horse Casino in early October of 2004. Mr. Anthony met with a real estate agent in Las Vegas to provide an evaluation of his home in anticipation of putting it on the market. That same real estate agent put Mr. Anthony in touch with an agent in Colorado. In early November of 2004, Mr. Anthony's family traveled to Colorado to look for housing to buy. However, at about the same time, Gary Lev suggested to Mr. Anthony that he just rent instead of purchasing until they knew how the Casino's finances would turn out.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

REQUEST NO. 1    Grouped by Interrogatory Number, please produce any and all documents referenced or identified in response to any Interrogatory, any documents reviewed by Plaintiff in responding to any Interrogatory, and any documents that contain information supporting or relating to the response to any Interrogatory.

RESPONSE:

Plaintiff generally refers to the documents previously produced, FA000001-35. Additionally, Plaintiff is producing documents responsive to this request.