# Fred Anthony & Wildhorse Casino

Revised September 19, 2004
Note: Blue type is the updated status per item as discussed on 9/14
Note: revised as of 9/19/04

## Employment Considerations:

- ✓ Annual Base Salary: $150,000 (125,000) because of moving expense with a 5% annual COLA and contract term of four years with two-three year renewal options. Renewals will be automatic starting the first day of the third year and is assumable. Work on wording of contract term

- ✓ Guaranteed yearly base bonus equal to $36,000 paid quarterly As part of bonus structure

- ✓ Bonus structure: Based on Wildhorse Casinos' AWPD Performance
  Change Base average from $70.71 to June and July average of $79 AWPD
  Modify %'s
  **AWPD(avg. win per day per device)**
  **Bonus Calc Sheet**
  Source document: Wildhorse Analytical Net Win Report

  Current Wildhorse 3-months (June thru August)

  | Base Average from | to | Anthony's % |
  |---|---|---|
  | $70.71 | $80.00 | 5.0  0 |
  | $80.01 | $90.00  85 | 7.5 5  7 |
  | $90.01  85 | $95.00  90 | 10.0  5 7 plus 1 2pt of P/L |
  | $95.01 90 and above | $104.00 | 12.5  5 7 plus 2 3 pts of P/L |
  | $104.01 | $114.00 | 15.0 same as above |
  | $114.01 | $124.00 | 17.5 same as above |
  | $124.01 and above | | 20.0 same as above |

  At the end of 3 ½ years the decision would be made to make the 2 pts permanent and provide the impetus to extend the contract.

  The formula for calculation is:
  The month's AWPD – 79.00 X Total Devices X days in month X appropriate % from above table. Payable monthly
  Perhaps this can be tied to two Key Indicators EBITDA (Profitability) and AWPD on a % basis representing 100% of bonus. To be discussed

- ✓ Relocation & Moving Expenses  OK



EXHIBIT 5

EXHIBIT A-4

FA000005

- ✓ Expense account to cover reasonable and customary charges for entertainment, auto expenses, and competitive shopping  OK

- ✓ Healthcare:  100% company paid executive plan and supplemental insurance benefits to include:  Family eye care, medical, and dental  OK see Steve (HR) at property

- ✓ Annual Retirement contribution equal to 20% of annual salary plus bonus.  To be discussed w/partners

- ✓ Company paid 401k contribution:  make an annual contribution to my private IRA/SEP plan equal to $17,500.  Company plan is on hold.

- ✓ Deferred comp program  No company funds purely voluntary on my part

- ✓ Contract Term:  4 years with an automatic renewal as of the first day of the third year with two-3 year renewal options to be revisited

- ✓ Termination agreement:  remainder of contract plus one full year of annual salary and bonus plus benefits and repatriation on returning to LV or equivalent to be discussed

- ✓ Full Comp Privilege to be used at my discretion for business and personal.  OK

- ✓ Reimbursed commuting expense for my family and I to and from LV while relocating  OK get 3 bids

- ✓ Company provided vehicle of mutual agreement or monthly auto allowance equal to net $600 after taxes. May be the truck or my choosing

- ✓ Change of management agreement: if current ownership should change more than 48% 70%, then at my discretion, I may chose to remaining employed, or terminate the remainder of my contract in which case I shall receive an amount equal to the remainder of my contract plus buy out compensation of one full year salary plus bonus and benefits. In principle OK but reword and not tie directly to the sales process but include a buyout of some design

- ✓ Paid Temporary Housing:  not to exceed 4 months of reasonable and acceptable housing to my family plus travel costs OK

- ✓ Vacation time 3 weeks until 5 yrs then 4 weeks per year OK

- ✓ Company paid Benefit package including life and disability insurance OK

- ✓ Title will never be less than General Manager. OK

FA000006