# Fred Anthony & Wild Horse Casino

Revised September 21, 2004

## Final Agreements on Employment Considerations:

✓ Annual Base Salary: $150,000 with a 5% annual COLA and initial contract term of four years with two-three year renewal options. Renewals will be automatic starting the first day of the last year of each succeeding contract.

✓ Bonus structure: Based on Wild Horse Casinos' AWPD Performance
  **AWPD(avg. win per day per device)**
  **Bonus Calc Sheet**
  Source document: Wild Horse Analytical Net Win Report

Current Wild Horse (June thru July base average)

| Base Average | $79.00 | Anthony's |
|---|---|---|
| from | to | % |
| $80.00 | $85.00 | 7% |
| $85.00 | $90.00 | 7% plus 1 pt of P&L Net Income |
| $90.00 | And up | 7% plus 2 pts of P&L Net Income |

Note: Each point is equal to one percent and is multiplied by the Net Income as it currently appears on the Profit & Loss document. Also, beginning the first day of the third year, a decision will be made by the current owners to make the 2% of Net Income a permanent share.

The formula for AWPD bonus is:

The end of month AWPD – 79.00 X Total Devices X days in month X 7 % from above table and is paid monthly. A minimum quarterly bonus of $9,000 per quarter is guaranteed.

✓ Relocation & Moving Expenses

✓ Expense account to cover reasonable and customary charges for entertainment, auto expenses, and competitive shopping

✓ Healthcare: 100% company paid executive plan and supplemental insurance benefits to include: Family eye care, medical, and dental

✓ Annual Retirement contribution equal to 20% of annual salary plus bonus



EXHIBIT
7
Blumberg No. 5118

FA000009

EXHIBIT
A-6
Blumberg No. 5208

- ✓ Company paid 401k contribution: make an annual contribution to my private IRA/SEP plan equal to $17,500.

- ✓ Deferred comp program

- ✓ Termination agreement: remainder of contract plus one full year of annual salary and bonus plus benefits and repatriation on returning to LV or equivalent

- ✓ Full Comp Privilege to be used at my discretion for business and personal.

- ✓ Reimbursed commuting expense for my family and I to and from LV while relocating

- ✓ Company provided vehicle of mutual agreement or monthly auto allowance equal to net $600 after taxes.

- ✓ Change of management agreement: if current ownership should change more than 70%, then at my discretion, I may chose to remain employed, or terminate the remainder of my contract in which case I shall receive an amount equal to the remainder of my contract plus buy out compensation of one full year salary plus bonus and benefits. This would also hold true is the property is sold.

- ✓ Paid Temporary Housing: not to exceed 4 months of reasonable and acceptable housing to my family plus travel costs

- ✓ Vacation time 3 weeks until 5 yrs then 4 weeks per year

- ✓ Company paid Benefit package including life and disability insurance

- ✓ Title will never be less than General Manager.

FA000010