# Fred Anthony & Wild Horse Casino

Revised September 24, 2004

## Final Proposal on Employment Considerations:

- ✓ Annual Base Salary: $150,000 with a 5% annual COLA and initial contract term of four Three years and is assumable. Renewals will be decided within the first five days of the last year of the contract.

- ✓ Bonus structure: Based on Wild Horse Casinos' AWPD Performance
  **AWPD(avg. win per day per device)**
  **Bonus Calc Sheet**
  Source document: Wild Horse Analytical Net Win Report

  Current Wild Horse (June thru July base average)

  | Base Average from | $79.00 to | Anthony's % |
  |---|---|---|
  | $79.01 | $84.99 | 7% |
  | $85.00 | $89.99 | 7% of $79.01 to $84.99 range plus 1 pt of P&L Net Income** |
  | $90.00 | And up | 7% of $79.01 to $84.99 range plus 2 pts of P&L Net Income** |

  **Note: Each point is equal to one percent and is multiplied by the Net Income as it currently appears on the Profit & Loss document. Also, on the first day of the fourth year, a decision will be made by the current owners to make the 2% of Net Income a permanent share as part of renewal.
  The formula for AWPD bonus is:
  The end of month AWPD − 79.00 (the max diff can only be $6) X Total Devices X days in month X 7 % from above table and is paid monthly and NO paid yearly (june). A minimum quarterly bonus of $9,000 per quarter is guaranteed.

- ✓ Company paid reasonable relocation & moving expenses. If Anthony decides to leave the company prior to his first anniversary of employment he will reimburse the company on a prorated basis of 1/12 th of the total household moving expense for each month not employed.

- ✓ Expense account to cover reasonable and customary charges for entertainment, auto expenses, and competition shopping/analysis/evaluation



EXHIBIT 10

EXHIBIT A-8

FA000014

- ✓ Healthcare: 100% company paid executive plan and supplemental insurance benefits to include: Family eye care, medical, and dental

- ✓ Company paid retirement contribution: make an annual contribution to my private IRA/SEP plan equal to $17,500. yr two

- ✓ Deferred comp program

- ✓ Termination agreement: remainder of contract plus one full year of annual salary and bonus plus benefits and repatriation for returning to LV or equivalent value.

- ✓ Full Comp Privilege to be used at my discretion for business and personal.

- ✓ Reimbursed reasonable commuting expense for my family and I to and from LV while relocating

- ✓ Company provided vehicle of mutual agreement or monthly auto allowance equal to net $600 after taxes.

- ✓ Change of management agreement: if current ownership should change more than 70% then at my discretion, I may chose to remain employed or terminate the remainder of my contract.

- ✓ Paid Temporary Housing: not to exceed 4 months of reasonable and acceptable housing for my family plus travel costs

- ✓ Vacation time 3 weeks until 5 yrs then 4 weeks per year

- ✓ Company paid Benefit package including life and disability insurance

- ✓ Title will never be less than General Manager.