# Letter of Intent and Employee Agreement:

# Fred Anthony & Wild Horse Casino

As agreed with Gary Lev and Michael Walsh on behalf of the owners

September 28, 2004

- ❖ Start date is scheduled for October 18, 2004

- ✓ Annual Base Salary: $182,000 with a 5% annual COLA and initial contract term of four years and is assumable. Renewals will be decided within the first five days of the last year of the contract.

- ✓ Bonus structure: Payout will take place at the end of the financial reporting year when the Annual Net Profit, as defined on your current <u>Profit and Loss Statement</u>, is greater than $500,000 and is paid as follows:

  | % Share | Net Profit Ranges |
  |---|---|
  | 1% | $ 500,000 to $1,000,000 |
  | 2% | $1,000,000 to $2,000,000 |
  | 3% | $2,000,000 to $3,000,000 |
  | 3.5% | $3,000,000 to $4,000,000 |
  | 4% | $4,000,000 and above |

- ✓ Company paid reasonable relocation & moving expenses. If Anthony decides to leave the company prior to his first anniversary of employment he will reimburse the company on a prorated basis of 1/12th of the total household moving expense for each month not employed.

- ✓ Expense account to cover reasonable and customary charges for entertainment, auto expenses, and competition shopping/analysis/evaluation

- ✓ Healthcare: 100% company paid executive plan and supplemental insurance benefits to include: Family eye care, medical, and dental

- ✓ Deferred comp program

- ✓ Termination agreement: remainder of contract plus one full year of annual salary and bonus plus benefits and repatriation for returning to LV or equivalent value.

- ✓ Full Comp Privilege to be used at my discretion for business and personal.

1

FA000016




Letter of Intent and Employee Agreement:
Fred Anthony & Wild Horse Casino
September 28, 2004
Page Two

- ✓ Reimbursed reasonable commuting expense for my family and I to and from LV while relocating

- ✓ Company provided vehicle of mutual agreement or monthly auto allowance equal to net $600 after taxes.

- ✓ Change of management agreement: if current ownership should change more than 70% then at my discretion, I may chose to remain employed or terminate the remainder of my contract.

- ✓ Paid Temporary Housing: not to exceed 4 months of reasonable and acceptable housing for my family plus travel costs

- ✓ Vacation time 3 weeks until 5 yrs then 4 weeks per year
- ✓ Company paid Benefit package including life and disability insurance

- ✓ Title will never be less than General Manager.

Agreed: subject to receiving an approved Key Gaming License from the Colorado Division of Gaming.

Approving for the Owners:

_____   Date_____
Michael Walsh, Owner


_____   Date_____
Gary M. Lev, Owner


_____   Date_____
Frederick M. Anthony

FA000017