ARTICLES OF ORGANIZATION
Form 400  Revised July 1, 2002
Filing fee: $50.00
Deliver to: Colorado Secretary of State
Business Division,
1560 Broadway, Suite 200
Denver, CO 80202-5169
This document must be typed or machine printed
Copies of filed documents may be obtained at www.sos.state.co.us

FILED
DONETTA DAVIDSON
COLORADO SECRETARY OF STATE

20031014614   M
$  50.00
SECRETARY OF STATE
01-13-2003  16:37:51
ABOVE SPACE FOR OFFICE USE ONLY

Pursuant to § 7-80-203, Colorado Revised Statutes (C.R.S.), the individual named below causes these Articles of Organization to be delivered to the Colorado Secretary of State for filing, and states as follows:

1. The name of the limited liability company is: Wild Horse Investment Partners, LLC

*The name of a limited liability company must contain the term "limited liability company", "ltd. liability company", "limited liability co.", or "ltd. liability co." or the abbreviation "LLC" or "L.L.C." §7-90-601(3)[(c), C.R.S.*

2. *If known*, The principal place of business of the limited liability company is:
601 West Liberty Drive Wheaton, IL 60187

3. The name, and the business address, of the registered agent for service of process on the limited liability company are: Name Edward R. Walsh ; Business Address
(must be a street or other physical address in Colorado) 4878 South Alkire Street
Morrison, CO 80465                                      *If mail is undeliverable to this address,*
*ALSO include a post office box address:*

4.   a. *If the management of the limited liability company is vested in managers, mark the box*
☑ "The management of the limited liability company is vested in managers rather than members."
The name(s) and business address(es) of the initial manager(s) is(are):
Name(s) Walsh Rivera Investment Partners, LLC        Business Address(es) 601 West Liberty Drive Wheaton, IL 60187

or

b. *If management of the limited liability company is not vested in managers rather than members,*
The name(s) and business address(es) of the initial member(s) is(are):
Name(s)_____             Business Address(es)_____

5. The (a) name or names, and (b) mailing address or addresses, of any one or more of the individuals who cause this document to be delivered for filing, and to whom the Secretary of State may deliver notice if filing of this document is refused, are: Edward J. Walsh
601 West Liberty Drive Wheaton, IL 60187

OPTIONAL. The electronic mail and/or Internet address for this entity is/are: e-mail ed@wkkdlaw.com                  Web site____
The Colorado Secretary of State may contact the following authorized person regarding this document:
name Edward J. Walsh           address 601 West Liberty Drive Wheaton IL 60187
voice 630-462-1980    fax 630-462-1984    e-mail____

Disclaimer: This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, should be addressed to the user's attorney.

EXHIBIT
A-10

EXHIBIT
29