Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00540-RPM-CBS

FREDERICK M. ANTHONY

     Plaintiff,

     -vs-

EDWARD J. WALSH; GARY LEV; MICHAEL WALSH; WILD
HORSE INVESTMENT PARTNERS, LLC, a Colorado limited
liability company,

     Defendants.

     The videotaped deposition of EDWARD J. WALSH called for examination pursuant to Notice and the Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before DEANNA AMORE, a notary public within and for the County of Cook and State of Illinois, at 200 North LaSalle Street, Chicago, Illinois, on the 5th day of December, 2007, at the hour of 9:17 a.m.


Court Reporter:  Deanna Amore
CSR No.:  084-0003999

EXHIBIT A-12

MCCORKLE COURT REPORTERS, INC.
CHICAGO, ILLINOIS - (312) 263-0052

2a4c40e4-de9f-4c4d-ba59-55a6f671ebc7

Page 7

1   owners, would you understand that I am -- those are
2   the actual members of the LLC that owns the casino?
3       A.   I will.
4       Q.   Okay.  What was the reason for -- were you
5   one of the original members of the LLC?
6       A.   I was one of the original members of the
7   LLC, but I need to at least clarify it for you.
8   There are two LLCs.  One is Walsh-Rivera Investment
9   Partners, LLC, and the other one is Wild Horse
10  Investment Partners, LLC.
11           I am a member and owner of Walsh-Rivera
12  Investment Partners, LLC, and Walsh-Rivera is a
13  member of Wild Horse Investment Partners, LLC.
14  I personally individually am not a member of Wild
15  Horse Investment Partners.
16      Q.   Okay.  I appreciate that.
17           Is Walsh-Rivera the only member then of
18  Wild Horse Investments, LLC?
19      A.   Walsh-Rivera -- we will just call it
20  Walsh-Rivera, if that's okay with you.
21      Q.   Fine.
22      A.   The only corporate or limited liability
23  member of Wild Horse in addition to Walsh-Rivera is
24  Dean Mantel and Don Iverson.