THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.        07-cv-00540-RPM-CBS

FREDERICK M. ANTHONY,

               Plaintiff,

vs.

EDWARD J. WALSH,
GARY LEV,
MICHAEL WALSH,
WILD HORSE INVESTMENT PARTNERS, LLC a Colorado limited liability company,

               Defendants.

---

## UNOPPOSED MOTION TO ATTEND CALENDAR CALL OF FEBRUARY 29, 2008, VIA TELEPHONE OR IN THE ALTERNATIVE TO HAVE ALTERNATE COUNSEL PRESENT

---

Defendants, EDWARD J. WALSH, GARY LEV, MICHAEL WALSH, and WILD

HORSE INVESTMENT PARTNERS, LLC, a Colorado Corporation, by and through its

attorneys, Hollie L Wieland, of Sears & Swanson, P.C., move this Court as follows:

1.        Defendants' counsel requests leave to attend the February 29, 2008, Calendar Call

by telephone.  The undersigned is presently scheduled to attend a Continuing Legal Education

Conference on February 28, 2008 – March 1, 2008.  In order to attend the Calendar Call in

person, the undersigned will have to be absent from the Conference and spend in excess of seven

hours travel time to attend the Calendar Call.  Fed.R.Civ.P. 1 provides, in relevant part, that the

Federal Rules of Civil Procedure should "be construed and administered to secure just, speedy

and inexpensive determination of every action."

    2.     In compliance with D.C.COLO L.Civ.R.7.1, undersigned has conferred with opposing counsel who has no objection to the relief requested herein.

    3.     In the alternative, the undersigned requests that Victoria Swanson of Sears and Swanson, P.C. be allowed to appear on behalf of Defendants.  Ms. Swanson will be briefed on all issues relating to this case.

    4.     Being filed simultaneously with this motion is a Joint Status Statement as requested in this Court's Order dated January 14, 2008.

    WHEREFORE the Defendants respectively request that the undersigned counsel be permitted to attend the February 29, 2008, Calendar Call by telephone or, in the alternative, to allow Victoria Swanson to appear on Defendants' behalf.

    Respectfully submitted this 8th day of February, 2008.

 

                    *s/ Hollie L. Wieland*
                    Hollie L. Wieland
                    **SEARS & SWANSON, P.C.**
                    2 North Cascade Avenue, Suite 1250
                    Colorado Springs, CO 80903
                    719-471-1984
                    Fax 719-577-4356
                    hollie@searsandswanson.com
                    Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this _9th_ day of February, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following via e-mail:

Phillip S. Lorenzo, Esq.
Keith P. Ray, Esq.
LATHROP & GAGE LC
370 17th Street
Suite 4650
Denver, CO 80202

*s/ Hollie L. Wieland*
Hollie L. Wieland
**SEARS & SWANSON, P.C.**
2 North Cascade Avenue, Suite 1250
Colorado Springs, CO 80903
719-471-1984
Fax 719-577-4356