THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    07-cv-00540-RPM-CBS

FREDERICK M. ANTHONY,

        Plaintiff,

vs.

EDWARD J. WALSH,
GARY LEV,
MICHAEL WALSH,
WILD HORSE INVESTMENT PARTNERS, LLC a Colorado limited liability company,

        Defendants.

---

## JOINT STATUS STATEMENT PURSUANT TO ORDER DATED JANUARY 14, 2008

---

Defendants, EDWARD J. WALSH, GARY LEV, MICHAEL WALSH, and WILD HORSE INVESTMENT PARTNERS, LLC, a Colorado limited liability company, by and through their undersigned counsel, Hollie L. Wieland, of SEARS & SWANSON, P.C., and Plaintiff, FREDERICK M. ANTHONY, by and through his counsel, Keith P. Ray, of LATHROP & GAGE LC, hereby submit their Joint Status Statement as follows:

1. Has all discovery been completed?  Yes

2. Is it reasonable to expect that counsel will agree on a pretrial order without convening a pretrial conference?  Yes

3. Are any motions pending or contemplated?  Yes, A Motion for Summary Judgment and an Unopposed Motion to Attend February 29, 2008, Calendar Call by Telephone. It is anticipated that a Motion for Leave to Amend to Include Defense of Offset may be filed by

1

Defendants.

    4.    Is this a jury trial?  Yes

    5.    What is the expected length of trial?  4 days

    6.    What is the probability of settlement?  Although both parties are open to further settlement discussions, presently, the parties believe settlement is not likely.

*s/ Hollie L. Wieland*
Hollie L. Wieland
**SEARS & SWANSON, P.C.**
2 North Cascade Avenue, Suite 1250
Colorado Springs, CO 80903
719-471-1984
Fax 719-577-4356
hollie@searsandswanson.com
Attorney for Defendants

*s/ Keith P. Ray*
Keith P. Ray
**LATHROP & GAGE, LC**
370 17th St., Suite 4650
Denver, CO 80202
kray@lathropgage.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this ___8th___ day of February, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following via e-mail:

Phillip S. Lorenzo, Esq.  kray@lathropgage.com
Keith P. Ray, Esq.
LATHROP & GAGE LC
370 17th Street
Suite 4650
Denver, CO 80202

*s/ Hollie L. Wieland*
Hollie L. Wieland
**SEARS & SWANSON, P.C.**
2 North Cascade Avenue, Suite 1250
Colorado Springs, CO 80903
719-471-1984
Fax 719-577-4356