IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: February 29, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki
_____

Civil No. 07-cv-00540-RPM-CBS

FREDERICK M. ANTHONY,                                    Keith P. Ray

     Plaintiff,

v.

EDWARD J. WALSH,                                         Hollie L. Wieland
GARY LEV,
MICHAEL WALSH,
WILD HORSE INVESTMENT PARTNERS, LLC,
a Colorado limited liability company,

     Defendants.
_____

## COURTROOM MINUTES
_____

**Calendar Call**

**8:48 a.m.      Court in session.**

Entry of appearance by counsel.

Joint Status Statement, filed February 8, 2008 and submitted.

**ORDERED:** Unopposed Motion to Attend Calendar Call of February 29, 2008, Via Telephone or in the Alternative to Have Alternate Counsel Present, filed February 8, 2008 [27], is denied.

Counsel answer questions regarding pending motion for summary judgment.

**ORDERED:** Defendants' Combined Motion for Partial Summary Judgment, filed January 17, 2008 [25], is denied.

**ORDERED:** Jury trial scheduled October 20, 2008.
Proposed pretrial order to be submitted by 4:00 p.m. September 18, 2008 in paper format directly to chambers.

**8:51 a.m.      Court in recess.**

Hearing concluded.  Total time: 03 min.