IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00540-RPM-CBS

FREDERICK M. ANTHONY,

       Plaintiff,

v.

EDWARD J. WALSH;
GARY LEV;
MICHAEL WALSH; and
WILD HORSE INVESTMENT PARTNERS, LLC, a Colorado limited liability company,

       Defendants.
_____

ORDER SETTING TRIAL DATE
_____

       Pursuant to the calendar call today, it is

       ORDERED that this matter is set for trial to jury on **October 20, 2008, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

       DATED: February 29, 2008

                           BY THE COURT:

                           s/Richard P. Matsch
                         _____
                         Richard P. Matsch, Senior District Judge