THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     07-cv-00540-RPM-CBS

FREDERICK M. ANTHONY,

        Plaintiff,

vs.

EDWARD J. WALSH,
GARY LEV,
MICHAEL WALSH,
WILD HORSE INVESTMENT PARTNERS, LLC a Colorado limited liability company,

        Defendants.

## STIPULATED NOTICE OF SETTLEMENT

The parties, through their counsel of record, notify the Court that this matter has been settled and move to vacate the trial presently set to commence on **October 20, 2008**.

Respectfully submitted this 17th day of October, 2008.

| | |
|---|---|
| *s/Keith P. Ray* | *s/ Hollie L. Wieland* |
| Keith P. Ray | Hollie L. Wieland |
| **LATHROP & GAGE, PC** | **SEARS & SWANSON, P.C.** |
| 370 17th St., Suite 4650 | 2 North Cascade Avenue, Suite 1250 |
| Denver, CO  80202 | Colorado Springs, CO 80903 |
| (720) 931-3200 | 719-471-1984 |
| kray@lathropgage.com | hollie@searsandswanson.com |
| Attorney for Plaintiff | Attorney for Defendants |

1