IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00540-RPM

FREDERICK M. ANTHONY,

    Plaintiff,

vs.

EDWARD J. WALSH,
GARY LEV,
MICHAEL WALSH,
WILD HORSE INVESTMENT PARTNERS, LLC
a Colorado limited liability company,

    Defendants.


**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/ J. Chris Smith
Deputy Clerk


    Pursuant to the Stipulated Notice of Settlement, filed October 17, 2008 [34], the trial to jury scheduled for October 20, 2008 is vacated and parties shall file dismissal papers accordingly.

Dated: October 17, 2008