IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00540-RPM-CBS

FREDERICK M. ANTHONY,

    Plaintiff,

v.

EDWARD J. WALSH; GARY LEV; MICHAEL WALSH; WILD HORSE INVESTMENT PARTNERS, LLC, a Colorado limited liability company,

    Defendants.

## STIPULATED MOTION TO DISMISS CLAIMS WITH PREJUDICE

Plaintiff Frederick M. Anthony ("Plaintiff") and Defendants Edward J. Walsh, Gary Lev, Michael Walsh, and Wild Horse Investment Partners, LLC ("Defendants"), by and through their counsel, hereby submit this stipulated motion to dismiss claims with prejudice, as follows:

1. The parties have reached a settlement in this matter.

2. As such, the parties seek to dismiss Plaintiff's claims against defendants with prejudice.

3. Therefore, the parties respectfully request that the Court enter an order dismissing Plaintiff's claims against Defendants with prejudice, each party to bear their own costs.

Dated: December 17, 2008.

**STIPULATED AND AGREED:**

| | |
|---|---|
| LATHROP & GAGE LC | SEARS & SWANSON PC |
| *s/ Keith P. Ray* | *s/ Hollie L. Wieland* |
| Phillip S. Lorenzo, #13771 | Hollie L. Wieland, #22024 |
| Keith P. Ray, #31567 | 2 North Cascade Avenue, #1250 |
| 370 17th Street, #4650 | Colorado Springs, Colorado 80903 |
| Denver, Colorado 80202 | *hollie@searsandswanson.com* |
| *plorenzo@lathropgage.com* | 719-471-1984 |
| *kray@lathropgage.com* | 719-577-4356 Fax |
| 720-931-3200 | |
| 720-931-3201 Fax | COUNSEL FOR DEFENDANTS |
| COUNSEL FOR PLAINTIFF | |

DNVRDOCS 13000v1