IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00540-RPM-CBS

FREDERICK M. ANTHONY,

        Plaintiff,

v.

EDWARD J. WALSH; GARY LEV; MICHAEL WALSH; WILD HORSE INVESTMENT
PARTNERS, LLC, a Colorado limited liability company,

        Defendants.

---

## ORDER GRANTING STIPULATED MOTION TO DISMISS

## CLAIMS WITH PREJUDICE

---

This matter comes before the Court on the parties Stipulated Motion to Dismiss Claims
With Prejudice ("Motion"). The Court has reviewed the Motion and finds good cause to
GRANT the Motion.

IT IS THEREFORE ORDERED that Plaintiff's claims in this action are hereby dismissed
with prejudice, each party to bear their own costs.

Entered this _____ day of December, 2008.



        _____
        Richard P. Matsch
        Senior District Judge

DNVRDOCS 13003v1