IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00540-RPM-CBS

FREDERICK M. ANTHONY,

        Plaintiff,

v.

EDWARD J. WALSH; GARY LEV; MICHAEL WALSH; WILD HORSE INVESTMENT PARTNERS, LLC, a Colorado limited liability company,

        Defendants.

---

## ORDER GRANTING STIPULATED MOTION TO DISMISS

## CLAIMS WITH PREJUDICE

---

This matter comes before the Court on the parties Stipulated Motion to Dismiss Claims With Prejudice ("Motion"). The Court has reviewed the Motion and finds good cause to GRANT the Motion.

IT IS THEREFORE ORDERED that Plaintiff's claims in this action are hereby dismissed with prejudice, each party to bear their own costs.

Entered this __16__ day of December, 2008.

                                                      _/s/ Richard P. Matsch_
                                                      Richard P. Matsch
                                                      Senior District Judge